Kenneth B. GOLDING, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 01–5104.

United States Court of Appeals,
Federal Circuit.

Oct. 8, 2002.

Before CLEVENGER, RADER and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.